LAW OFFICES OF BILL LATOUR
BILL LATOUR [C.S.B.N. 169758]
11332 Mountain View Ave., Suite C
Loma Linda, California, 92354
    Telephone: [909] 796-4560
    Facsimile: [909] 796-3402
    E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

## UNITED STATES DISTRICT COURT,
## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| DAVID HOWARD PEREZ, | No. EDCV 09-2175 JC |
| Plaintiff, | [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |
| v. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>Defendant. | |

    Pursuant to the parties' Stipulation to Dismissal With Prejudice, IT IS ORDERED that the above-captioned proceeding is dismissed with prejudice; each side to bear her own attorney fees, costs, and expenses, including but not limited to attorney fees under the Equal Access to Justice Act.

    Date:   February 18, 2010

                              _____/s/_____
                              JACQUELINE CHOOLJIAN
                              UNITED STATES MAGISTRATE JUDGE